# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re

**Billy  D. Bunch, Jr.  and Sandra K. Bunch** ,
*Debtor*

Case No. **14-00686**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 1,886,667.00 | | |
| B - Personal Property | | | $   130,581.16 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 2,866,451.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $   15,644.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 212,710.91 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ 7,340.66 |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ 15,813.00 |
| **TOTAL** | | **0** | $ 2,017,248.16 | $ 3,094,806.54 | |

In re  Billy  D. Bunch, Jr.  and Sandra K. Bunch,                  Case No.    14-00686

                         Debtor                                                       (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence - Single Family Home<br><br>1801 Dead Lake Marina Road, Creola, AL 36525 | Fee Simple Ownership | J | $500,000.00 | $580,369.00 |
| Rental - Condominium<br><br>200 E. Beach Blvd., Gulf Shores, AL 36542; Unit 203 (value of $25,000.00); Unit 208 (value of $25,000.00); Unit 216 (value of $25,000.00); Unit 217 (value of $25,000.00); Unit 309 (value of $25,000.00); Unit 310 (value of $25,000.00) | Fee Simple Ownership | J | $150,000.00 | $133,000.00 |
| Vacant Lot and Uninhabitable Structure; Legal Description: LOT 2 RESUB OF LOT 7-8 DEAD LAKE SUBD MBK 103/98 #SEC 05 T2S R1E #MP20 02 045 0 000.<br><br>1312 Creola Axis Road, Creola, AL 36525 | Fee Simple Ownership | H | $25,000.00 | $99,813.00 |
| Rental - Condominium<br><br>200 E. Beach Blvd., Gulf Shores, AL 36542; Unit 228 | Fee Simple Ownership | J | $25,000.00 | $21,797.00 |
| Rental Property - Home<br><br>2113 Club House Drive, Lillian, AL 36549 | Fee Simple Ownership | J | $250,000.00 | $236,043.00 |
| Commercial Rental Property (Restaurant)<br><br>200 E. Beach Blvd., Gulf Shores, AL 36542; Unit 400 (restaurant) | Fee Simple Ownership | J | $200,000.00 | $170,404.00 |

In re  Billy D. Bunch, Jr.  and Sandra K. Bunch,              Case No.   14-00686
_____
                    Debtor                                                  (If known)

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Rental Property - Home<br><br>601 Hwy 43, Chickasaw, AL 36611 | Fee Simple Ownership | J | $100,000.00 | $148,000.00 |
| Commercial Rental Property (Car Lot)<br><br>2954 Government Blvd., Mobile, AL 36606; Commercial Rental Property (Car Lot) | Fee Simple Ownership | J | $175,000.00 | $166,000.00 |
| Cabin-Lot 2; 17324 Dogwood Grove, Loxley, AL; Legal Description: 237' X 218' FM NW COR OF NE1/4 SEC 27 RUN S 729.78' TH E 20' (S) TO POB TH E 218', TH S 237', TH N 237' TO POB CONTAINING 1 ACRE LYING IN THE CITY OF LOXLEY SEC 27-T4S-R3 E (WD) | Fee Simple Ownership | J | $70,000.00 | $67,957.00 |
| Rental Property - Home<br><br>33168 Augusta Court, Loxley, AL; Property Description: 55.9' x 135' IRR LOT 50 THE VILLAS AT STEELWOOD SLIDE 1849-A & AMENDED SLIDE 1880-A SEC 12- T4S-R3E- (WD SURVIVORSHIP). | Fee Simple Ownership | J | $225,000.00 | $348,552.00 |
| Commercial Rental Property (Car Lot)<br><br>2500 Government Blvd., Mobile, AL 36606; Commercial Rental Property (Car Lot) | Fee Simple Ownership | J | $100,000.00 | $230,000.00 |
| Rental Property - Home<br><br>220 1st Avenue, Gulf Shores, AL; Debtor owns 1/3 interest in property with Mr. Brad Ellison and Mr. Tom Ellison; Value of the whole: $200,000.00; Debtor's value: $66,666.67. | Fee Simple Ownership | J | $66,667.00 | $469,141.00 |

Total ▶  $1,886,667.00

(Report also on Summary of Schedules.)

In re Billy D. Bunch, Jr. and Sandra K. Bunch,               Case No.  14-00686
                                Debtor                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | J | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account at Iberia Bank (...9820) | H | $400.00 |
| | | Checking Account at Wells Fargo (...0233) | W | $648.96 |
| | | Checking Account at Nagivator Federal Credit Union (...01) | W | $399.89 |
| | | Checking Account at Nagivator Federal Credit Union (...03) | H | $69.00 |
| | | Joint Checking Account with Bradley Ellison and Thomas Ellison at PNC Bank; Debtor owns 1/3 interest in total value of account. | C | $1.00 |
| | | Savings Account at Wells Fargo (n/a) | W | $103.20 |
| | | Savings Account at Navigator Federal Credit Union (n/a) | W | $59.39 |
| | | Savings Account at Navigator Federal Credit Union (n/a) | H | $50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household goods 33168 Augusta Court, Loxley, AL 36551 | W | $1,225.00 |

In re Billy D. Bunch, Jr. and Sandra K. Bunch,                    Case No.    14-00686
_____                              _____
                    Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| | | household goods<br>2113 Club House Drive, Lillian, AL 36549 | | $1,285.00 |
| | | household goods<br>Debtor's homeplace | | $1,405.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel | J | $500.00 |
| 7. Furs and jewelry. | | wedding band set | W | $1,500.00 |
| | | misc. jewelry | W | $500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous set of golf clubs: $100.00; Champion 16 gauge shotgun: $50.00; Barco Arms .25 handgun: $50.00; Miscellaneous fishing poles and equipment: $50.00. | H | $250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole Life Insurance Policy through The Lincoln National Life Insurance Company; Death Benefit value of $100,000.00; Account Accumulation Value: $24,846.72. | H | $24,846.72 |
| | | Term Life Insurance Policy through Protective Life Insurance Company; Death Benefit value of $250,000.00; No cash surrender value. | H | $1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re <u>Billy D. Bunch, Jr. and Sandra K. Bunch,</u>        Case No.     <u>14-00686</u>
                               Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | | | |
|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | 33% Membership Interest in Highway 43 Package, LLC | H | $1.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Ford F-150 Truck; Mileage: 176,500. | H | $4,675.00 |
| | | 2010 Cadillac SRX; Mileage: 70,000. | W | $18,735.00 |
| | | 4 x 8 utility trailer: $200.00; lawn mower: $400.00. | H | $600.00 |

In re  Billy  D. Bunch, Jr.  and Sandra K. Bunch,           Case No.   14-00686

                         Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | | | |
|---|---|---|---|
| 26. Boats, motors, and accessories. | 38' Catalina Sailboat; Purchased in damaged condition ($30,000.00 cash) in approximately 2010. | H | $40,000.00 |
| | 1985 21' Chris Craft Deck Boat (located at 2113 Club House Drive, Lillian, AL), 130 hp Mercruiser (I/O), with 23' trailer. | H | $2,000.00 |
| 27. Aircraft and accessories. X | | | |
| 28. Office equipment, furnishings, and supplies.. | Printer/copy machine: $150.00, 2 file cabinets: $25.00 each ($50.00 total), desk: $25.00. | J | $225.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | Hand tools, table saw, drill press, air compressor, miscellaneous tools | H | $1,000.00 |
| | Restaurant Machinery, Equipment and Furnishings @ 200 E. Beach Blvd., Unit 400, Gulf Shores, AL 36542 (personal property listed is not covered by lien mortgage on property) | H | $20,000.00 |
| 30. Inventory. X | | | |
| 31. Animals. X | | | |
| 32. Crops - growing or harvested. Give particulars. X | | | |
| 33. Farming equipment and implements. | 1994 Ford bucket truck (not operating, located at repair shop in Lillian, AL), value of $3,000.00; 185 hp Mahindra tractor (1801 Dead Lake Marina Road, Creola, AL), value of $5,000.00; 40' snorkle lift (1801 Dead Lake Marina Road, Creola, AL), value of $2,000.00. | H | $10,000.00 |
| 34. Farm supplies, chemicals, and feed. X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | Unfiled claim against Beachview Condominium Association for slander of title, right to setoff, and equitable relief; value is unknown but not less than $150,000.00 | J | $1.00 |

<u>3</u> continuation sheets attached    Total ▶                       $130,581.16

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B-4: household goods
Debtor's homeplace

| | |
|---|---|
| Dressers (2) | 100.00 |
| Beds, mattresses and box springs (2) | 150.00 |
| Night stands (3) | 75.00 |
| Lamps (4) | 20.00 |
| Televisions (2) | 150.00 |
| Couches (2) | 75.00 |
| Chest of drawers | 50.00 |
| Chairs (3) | 45.00 |
| Coffee table | 10.00 |
| End table | 5.00 |
| Dining table and chairs | 150.00 |
| China cabinet | 50.00 |
| Buffet | 100.00 |
| Stove | 50.00 |
| Refrigerator | 100.00 |
| Microwave oven | 25.00 |
| Kitchen utensils, supplies, miscellaneous items | 50.00 |
| Washer | 50.00 |
| Dryer | 50.00 |
| Freezer | 50.00 |
| Desktop computer | 50.00 |
| Total: | $1,405.00 |

B-4: household goods
2113 Club House Drive, Lillian, AL 36549

| | |
|---|---|
| Armoire | 20.00 |
| Chest of drawers (2) | 100.00 |
| Bed, mattress and box springs (4) | 200.00 |
| Night stands (3) | 25.00 |
| Lamps (3) | 15.00 |
| Couch | 100.00 |
| Chairs (2) | 100.00 |
| Lamp | 10.00 |
| Coffee Table | 20.00 |
| End table | 30.00 |
| Television set | 50.00 |
| Dining table and 6 chairs | 150.00 |
| Stove | 50.00 |
| Refrigerator | 100.00 |
| Microwave oven | 50.00 |
| Kitchen utensils, supplies, miscellaneous items. | 50.00 |
| Chairs (2) | 40.00 |
| Coffee table | 10.00 |
| End table | 10.00 |
| Lamp | 5.00 |
| Washer | 50.00 |
| Dryer | 50.00 |
| Refrigerator | 50.00 |
| Total: | $1,285.00 |

B-4: household goods
33168 Augusta Court, Loxley, AL 36551

| | |
|---|---|
| Dressers (2) | 100.00 |
| Chest of drawers (3) | 150.00 |
| Beds, mattresses and box springs (3) | 200.00 |
| Night stands (4) | 90.00 |
| Lamps (6) | 70.00 |
| Couch | 50.00 |
| Chair | 25.00 |
| Coffee table | 25.00 |
| End table | 20.00 |
| Dining table and 4 chairs | 70.00 |
| Buffet | 50.00 |
| Stove | 75.00 |
| Refrigerator | 100.00 |
| Microwave oven | 50.00 |
| Kitchen utensils, supplies, miscellaneous items | 50.00 |
| Washer | 50.00 |
| Dryer | 50.00 |
| Total: | $1,225.00 |

In re __Billy D. Bunch, Jr. and Sandra K. Bunch,__          Case No. __14-00686__
                 Debtor                                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1801 Dead Lake Marina Road, Creola, AL 36525 | Ala. Code § 6-10-2 (100% FMV) | $10,000.00 | $500,000.00 |
| Cash on Hand | Ala. Code § 6-10-6 (100% FMV) | $100.00 | $100.00 |
| Checking Account at Iberia Bank (...9820) | Ala. Code § 6-10-6 (100% FMV) | $400.00 | $400.00 |
| Checking Account at Wells Fargo (...0233) | Ala. Code § 6-10-6 (100% FMV) | $648.96 | $648.96 |
| Checking Account at Nagivator Federal Credit Union (...01) | Ala. Code § 6-10-6 (100% FMV) | $399.89 | $399.89 |
| Checking Account at Nagivator Federal Credit Union (...03) | Ala. Code § 6-10-6 (100% FMV) | $18.27 | $69.00 |
| wedding band set | Ala. Code § 6-10-6 (100% FMV) | $1,500.00 | $1,500.00 |
| Miscellaneous set of golf clubs: $100.00; Champion 16 gauge shotgun: $50.00; Barco Arms .25 handgun: $50.00; Miscellaneous fishing poles and equipment: $50.00. | Ala. Code § 6-10-6 (100% FMV) | $250.00 | $250.00 |
| Joint Checking Account with Bradley Ellison and Thomas Ellison at PNC Bank; Debtor owns 1/3 interest in total value of account. | Ala. Code § 6-10-6 (100% FMV) | $1.00 | $1.00 |
| Wearing Apparel | Ala. Code § 6-10-6 (100% FMV) | $500.00 | $500.00 |
| Whole Life Insurance Policy through The Lincoln National Life Insurance Company; Account Accumulation Value: $24,846.72. | Ala. Code §§ 6-10-8, 27-14-29 (100% FMV) | $24,876.72 | $24,846.72 |
| 33% Membership Interest in Highway 43 Package, LLC | Ala. Code § 6-10-6 (100% FMV) | $1.00 | $1.00 |
| 2006 Ford F-150 Truck | Ala. Code § 6-10-6 (100% FMV) | $1.00 | $4,675.00 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re Billy D. Bunch, Jr. and Sandra K. Bunch,                              Case No.  14-00686
_____                                    _____
                        Debtor                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 2010 Cadillac SRX | Ala. Code § 6-10-6 (100% FMV) | $1.00 | $18,735.00 |
| 38' Catalina Sailboat | Ala. Code § 6-10-6 (100% FMV) | $1.00 | $40,000.00 |
| Term Life Insurance Policy through Protective Life Insurance Company; Death Benefit value of $250,000.00; No cash surrender value. | Ala. Code §§ 6-10-8, 27-14-29 (100% FMV) | $1.00 | $1.00 |
| Printer/copy machine: $150.00, 2 file cabinets: $25.00 each ($50.00 total), desk: $25.00. | Ala. Code § 6-10-6 (100% FMV) | $225.00 | $225.00 |
| 1985 21' Chris Craft Deck Boat (located at 2113 Club House Drive, Lillian, AL), 130 hp Mercruiser (I/O), with 23' trailer. | Ala. Code § 6-10-6 (100% FMV) | $2,000.00 | $2,000.00 |
| 4 x 8 utility trailer: $200.00; lawn mower: $400.00. | Ala. Code § 6-10-6 (100% FMV) | $600.00 | $600.00 |
| Hand tools, table saw, drill press, airr compressor, miscellaneous tools | Ala. Code § 6-10-6 (100% FMV) | $1,000.00 | $1,000.00 |
| Savings Account at Wells Fargo (n/a) | Ala. Code § 6-10-6 (100% FMV) | $103.20 | $103.20 |
| Savings Account at Navigator Federal Credit Union (n/a) | Ala. Code § 6-10-6 (100% FMV) | $59.39 | $59.39 |
| Savings Account at Navigator Federal Credit Union (n/a) | Ala. Code § 6-10-6 (100% FMV) | $150.00 | $50.00 |
| household goods | Ala. Code § 6-10-6 (100% FMV) | $1,225.00 | $1,225.00 |
| Unfiled claim against Beachview Condominium Association for slander of title, right to setoff, and equitable relief; value is unknown but not less than $150,000.00 | Ala. Code § 6-10-6 (100% FMV) | $1.00 | $1.00 |
| misc. jewelry | Ala. Code § 6-10-6 (100% FMV) | $500.00 | $500.00 |
| household goods | Ala. Code § 6-10-6 (100% FMV) | $1,285.00 | $1,285.00 |
| household goods | Ala. Code § 6-10-6 (100% FMV) | $1,405.00 | $1,405.00 |

In re Billy D. Bunch, Jr. and Sandra K. Bunch , Case No. 14-00686
Debtor (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. n/a <br><br> Amber Portfolio, LLC <br> c/o Balch & Bingham, LLP <br> P O Box 306 <br> Birmingham, AL 35201 | | J | 10/8/2013 <br> First Mortgage <br><br> 2500 Government Blvd., Mobile, AL 36606; Commercial Rental Property (Car Lot) <br> VALUE $ 100,000.00 | | | X | $230,000.00 | $130,000.00 |
| Additional Contacts for Amber Portfolio, LLC (n/a): <br><br> Amber Portfolio, LLC <br> c/o Sabal Financial Group, LLC <br> 4675 Macarthur Court <br> Suite 1500 <br> Newport Beach, CA 92660 | | | | | | | | |
| ACCOUNT NO. 2567 <br><br> Bay Bank <br> P O Drawer 349 <br> Theodore, AL 36590-0349 | | J | 1/1/2013 <br> First Mortgage <br><br> 2954 Government Blvd., Mobile, AL (car lot) <br><br> VALUE $ 175,000.00 | | | | $165,300.00 | $0.00 |
| ACCOUNT NO. 3043 <br><br> Bay Bank <br> P O Drawer 349 <br> Theodore, AL 36590-0349 | | J | 1/1/2013 <br> First Mortgage <br><br> 601 Hwy 43, Chickasaw, AL <br><br> VALUE $ 100,000.00 | | | | $147,200.00 | $48,000.00 |

4 continuation sheets attached

Subtotal ▶
(Total of this page) | $ 542,500.00 | $ 178,000.00

Total ▶
(Use only on last page) | $ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re Billy D. Bunch, Jr. and Sandra K. Bunch,     Case No. 14-00686
          Debtor                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. n/a<br>**Beachview Condominium Owner's Association, Inc.**<br>200 E. Beach Blvd.<br>Gulf Shores, AL 36542 | | J | 2/7/2014<br>Condominium Association Lien (Disputed)<br><br>Equity In 200 E. Beach Blvd., Gulf Shores, AL 36542; Units 203, 208, See Attachment 1<br><br>VALUE $    $43,113.00 | | | X | $132,115.61 | $89,002.61 |
| Additional Contacts for Beachview Condominium Owner's Association, Inc. (n/a):<br>Beachview Condominium Owners Association, Inc.<br>P O Box 4271<br>Gulf Shores, AL 36547<br><br>Beachview Condominium Owners Association, Inc.<br>c/o Craig D. Olmstead, Esq.<br>Olmstead & Olmstead, LLC<br>See Attachment 2 | | | | | | | | |
| ACCOUNT NO. 3658<br>**Centennial Bank**<br>P O Box 906<br>Conway, AR 72033 | | J | 1/1/2013<br>First Mortgage<br><br>200 E. Beach Blvd., Gulf Shores, AL; Unit 203 (value of $25,000.00); Unit 208 (value of $25,000.00); Unit See Attachment 3<br><br>VALUE $    $150,000.00 | | | | $131,756.00 | $0.00 |
| ACCOUNT NO. 1234<br>**First Federal Bank**<br>1300 McFarland Blvd., E.<br>Tuscaloosa, AL 35406 | | J | 1/1/1999<br>**First Mortgage**<br><br>**1801 Dead Lake Marina Road, Creola, AL 36525**<br><br>VALUE $    $500,000.00 | | | | $267,962.00 | $0.00 |
| ACCOUNT NO. 2036<br>**Hancock Bank**<br>P O Box 681400<br>Prattville, AL 36068-1400 | | J | 12/20/2007<br>**Secondary Mortgage**<br><br>**33168 Augusta Court, Loxley, AL 36551**<br><br>VALUE $    $225,000.00 | | | X | $348,552.00 | $123,552.00 |

**Notes:** Home Equity Line of Credit; Lot 50, The Villas at Steelwood according to the plat thereof recorded in Slide 1849-A and amended in Slide 1880-A of the records in the Office of the Judge of Probate Court, Baldwin County, Alabama.

| Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (s)▶<br>(Total(s) of this page) | $ 880,385.61 | $ 212,554.61 |
|---|---|---|---|
| | Total(s) ▶<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Summary of Certain Liabilities and Related Data.) |

In re Billy  D. Bunch, Jr.  and Sandra K. Bunch ,                    Case No.  14-00686
_____
                    **Debtor**                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Additional Contacts for Hancock Bank (2036): <br><br> Hancock Bank <br> c/o Rick A. La Trace, Esq. <br> Johnstone, Adams, <br> Bailey, Gordon & Harris, <br> LLC <br> P O Box 1988 <br> Mobile, AL 36633 | | | | | | | | |
| ACCOUNT NO.  5116 <br> Iberia Bank <br> P O Box 7299 <br> Little Rock, AR <br> 72217-7299 | | J | 1/1/2010 <br> First Mortgage <br><br> Cabin-Lot 2, Loxley, AL; Legal Description: 237' X 218' FM NW COR OF NE1/4 SEC 27 RUN S See Attachment 4 <br> VALUE $    $70,000.00 | | | | $67,957.00 | $0.00 |
| ACCOUNT NO.  01 <br> Navigator Credit Union <br> P O Box 1647 <br> Pascagoula, MS <br> 39568-1647 | | H | 8/2012 <br> Purchase-Money Security Interest <br><br> 2006 Ford F-150 Truck <br><br> VALUE $    $4,675.00 | | | | $4,800.00 | $125.00 |
| ACCOUNT NO.  03 <br> Navigator Credit Union <br> P O Box 1647 <br> Pascagoula, MS <br> 39568-1647 | | W | 1/1/2012 <br> Purchase-Money Security Interest <br><br> 2010 Cadillac SRX <br><br> VALUE $    $18,735.00 | | | | $26,346.00 | $7,611.00 |
| ACCOUNT NO.  1472 <br> Navigator Credit Union <br> P O Box 1647 <br> Pascagoula, MS <br> 39568-1647 | | J | 1/1/2011 <br> First Mortgage <br><br> 2113 Club House Drive, Lillian, AL <br><br> VALUE $    $250,000.00 | | | | $236,043.00 | $0.00 |

Sheet no.   2   of  4   continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)                       $   335,146.00      $    7,736.00

Total(s) ▶
(Use only on last page)                        $                        $

(Report also on                     (If applicable, report also on
Summary of                         Statistical Summary of Certain
Schedule D.)                       Liabilities and Related Data.)

In re Billy D. Bunch, Jr. and Sandra K. Bunch,    Case No. 14-00686
_____
                        Debtor                                           (if known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01 <br> **Navigator Credit Union** <br> P O Box 1647 <br> Pascagoula, MS <br> 39568-1647 | | H | 1/1/2012 <br> **Purchase-Money Security Interest** <br><br> **38' Catalina Sailboat** <br><br> VALUE $     $40,000.00 | | | | $23,657.00 | $0.00 |
| ACCOUNT NO. 8126 <br> **PNC Bank** <br> P O Box 339 <br> Pittsburgh, PA <br> 15230-9736 | | J | 1/1/2000 <br> **Secondary Mortgage** <br><br> **1801 Dead Lake Marina Road, Creola, AL 36525** <br><br> VALUE $     $500,000.00 | | | | $312,347.00 | $0.00 |
| ACCOUNT NO. 8963 <br> **PNC Bank** <br> P O Box 535230 <br> Pittsburgh, PA <br> 15230-5230 | X | J | 1/1/2005 <br> First Mortgage <br><br> 220 1st Avenue, Gulf Shores, AL; Debtor owns 1/3 interest in property with Mr. Brad Elllson and See Attachment 5 <br><br> VALUE $     $66,667.00 | | | | $469,141.00 | $269,141.00 |
| Additional Contacts for PNC Bank (8963): <br><br> **PNC Bank** <br> **c/o Sirote & Permutt** <br> **Attorneys at Law** <br> P O Box 55727 <br> Birmingham, AL <br> 35255-5727 | | | | | | | | |
| ACCOUNT NO. 4816 <br> **Regions Bank** <br> P O Box 11007 <br> Birmingham, AL 35288 | | H | 1/1/2006 <br> **First Mortgage** <br><br> **1312 Creola Axis Road, Creola, AL** (vacant lot and uninhabitable structure) <br><br> VALUE $     $25,000.00 | | | X | $99,813.00 | $74,813.00 |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 904,958.00    $ 343,954.00

Total(s) ▶
(Use only on last page)

$      $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0274<br>Regions Bank<br>P O Box 11007<br>Birmimgham, AL 35288 | | J | 1/1/2004<br>First Mortgage<br><br>200 E. Beach Blvd., Gulf Shores, AL 36542; Unit 228<br>VALUE $ $25,000.00 | | | | $21,797.00 | $1,797.00 |
| ACCOUNT NO. 3281<br>Regions Bank<br>P O Box 11007<br>Birmingham, AL 35288 | | J | 1/1/2003<br>First Mortgage<br><br>200 E. Beach Blvd., Gulf Shores, AL; Unit 400 (restaurant; commercial building)<br>VALUE $ $200,000.00 | | | | $170,404.00 | $0.00 |
| ACCOUNT NO. 9003<br>State of Alabama<br>P O Box 327210<br>Montgomery , AL 36132 | | H | 12/31/2013<br>Tax Lien<br><br>1312 Creola Axis Road, Creola, AL 36525 (Vacant Lot and Uninhabitable Structure)<br>VALUE $ $25,000.00 | | | | $2,062.33 | |
| ACCOUNT NO. 1166<br>US Bank/CUST<br>TOWER DBW 111<br>50 S. 16th Street<br>Suite 1950<br>Philadelphia, PA 19102 | | J | 12/31/2013<br>Tax Lien<br><br>200 E. Beach Blvd., Gulf Shores, AL 36542; Unit 400 (restaurant)<br>VALUE $ $200,000.00 | | | | $9,198.31 | |
| Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s)▶<br>(Total(s) of this page) | | | | $ 203,461.64 | $ 1,797.00 |
| | | | Total(s) ▶<br>(Use only on last page) | | | | $ 2,866,451.25 | $ 744,041.61 |
| | | | | | | | (Report also on Schedule of ...) | (If applicable, report also on Summary of Certain Liabilities and Related Data.) |

# Attachment

**Attachment 1**

    **Attachment 1**

        2016, 217, 309, and 310 ($17,000.00); Unit 228 ($3,203.00); Unit 400 ($22,910.00).

**Attachment 2**

    **Attachment 2**

        234 Office Park Drive
        Gulf Shores, AL 36542

**Attachment 3**

    **Attachment 3**

        216 (value of $25,000.00); Unit 217 (value of $25,000.00); Unit 309 (value of $25,000.00); Unit 310 (value of $25,000.00).

**Attachment 4**

    **Attachment 4**

        729.78' TH E 20' (S) TO POB TH E 218', TH S 237' TH W 218', TH N 237' TO POB CONTAINING 1 ACRE LYING IN THE CITY OF LOXLEY SEC 27-T4S-R3-W (WD)

**Attachment 5**

    **Attachment 5**

        Mr. Tom Ellison; Value of the whole: $200,000.00; Debtor's value: $66,667.00.

In re __Billy D. Bunch, Jr. and Sandra K. Bunch__ ,    Case No. __14-00686__
                                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

_* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**3** continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re **Billy  D. Bunch, Jr.  and Sandra K. Bunch**     ,          Case No. **14-00686**
            Debtor                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.          1794  Baldwin County Revenue Comm. P.O. Box 1549 Bay Minette, AL 36507 | | J | 12/31/2013 Property taxes owed on property located at 33168 Augusta Court, Loxley, AL | | | | $957.84 | $957.84 | $0.00 |
| Account No.          1794  Baldwin County Revenue Comm. P.O. Box 1549 Bay Minette, AL 36507 | | H | 12/31/2013 Property taxes on property located at 220 E. Beach Blvd., Unit 400, Gulf Shores, AL 36542 (furnished unit) | | | | $12.41 | $12.41 | $0.00 |
| Account No.          1166  Baldwin County Revenue Comm. P.O. Box 1549 Bay Minette, AL 36507 | | W | 4/2013 Redemption amount due for tax lien on property located at 200 E. Beach Blvd., Unit 400, Gulf Shores, AL 36542. | | | | $9,198.31 | $9,198.31 | $0.00 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)     $ 10,168.56    $ 10,168.56    $0.00

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $

B 6E (Official Form 6E) (04/13) – Cont.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0411<br><br>Mobile County Rev. Comm P.O. Box 1169 Mobile, AL 36633-1169 | | H | 12/31/2013<br>Property tax owed on property located at 601 Hwy 43, Chickasaw, AL 36611 (PAR B - FROM NW COR OF SEC 15 T3S R1W RUN TH S ALG W/L See Attachment 1 - Consideration for Claim | | | | $323.30 | $323.30 | $0.00 |
| Account No. 0420<br><br>Mobile County Rev. Comm P.O. Box 1169 Mobile, AL 36633-1169 | | H | 12/31/2013<br>Property taxes on property located at 601 Hwy 43, Chickasaw, AL 36611 (PAR A-FROM NW COR OF SEC 15 T3S R1W RUN TH S ALG W/L See Attachment 2 - Consideration for Claim | | | | $1,120.42 | $1,120.42 | $0.00 |
| Account No. 8003<br><br>Mobile County Rev. Comm P.O. Box 1169 Mobile, AL 36633-1169 | | J | 12/31/2013<br>Redemption amount for tax lien on property located at 1312 Dead Lake Rd. (aka 1312 Creola Axis Rd.), Creola, AL 36535. | | | | $2,062.33 | $2,062.33 | $0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals► (Totals of this page) | $ 3,506.05 | $ 3,506.05 | $0.00 |
|---|---|---|---|---|
| | Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.      2047 <br><br> Mobile County Rev. Comm P.O. Box 1169 Mobile, AL 36633-1169 | | W | 12/31/2013 <br><br> Property taxes owed on 2954 Goverment Blvd., Mobile, AL 36606. | | | | $1,969.77 | $1,969.77 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no.  3  of  3  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ 1,969.77 | $ 1,969.77 | $0.00 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 15,644.38 | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 15,644.38 | $ 0.00 |

# Attachment

**Attachment 1**

### Consideration for Claim

OF SD SEC 15 2307.6 FT TO A PT TH 144.5 FT TO A PT ON W ROW OF US HWY 43 TH S 02 DEG 36 MIN W ALG SD ROW 816.3 FT TO POB OF HEREIN)

**Attachment 2**

### Consideration for Claim

OF SD SEC 15 A DIS OF 2307.6 FT TO A PT TH E 144.5 FT TO A PT ON W ROW OF US HWY 43 TH S 02 DEG 36 MIN W ALG SD ROW 926.3 FT)

In re Billy D. Bunch, Jr. and Sandra K. Bunch , Case No. 14-00686
_____
Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2739<br><br>Amber Portfolio, LLC<br>c/o M. Lee Johnsey, Jr., Esq.<br>Balch & Bingham, LLP<br>P O Box 306<br>Birmingham, AL 35201 | | J | 10/8/2013<br><br>Amber Portfolio, LLC v. Billy D. Bunch, Jr. & Sandra K. Bunch; 02-CV-2013-902739. | | | X | $92,443.98 |
| Additional Contacts for Amber Portfolio, LLC (2739):<br><br>Amber Portfolio, LLC<br>c/o Clark A. Cooper, Esq.<br>Balch & Bingham, LLP<br>P O Box 306<br>Birmingham, AL 35201     Amber Portfolio, LLC<br>c/o Sabal Financial Group, LLC<br>4675 Macarthur Court<br>Suite 1500<br>Newport Beach, CA 92660 | | | | | | | |
| ACCOUNT NO. 4009<br><br>American Express<br>P O Box 981535<br>El Paso, TX 79998-1535 | | W | 1/1/1985<br><br>Credit Card Charges | | | X | $29,000.00 |
| ACCOUNT NO.<br><br>Automotive Finance Corporation<br>c/o Bleecker Brodey & Andrews<br>9247 N. Meridian St., Suite 101<br>Indianapolis, IN 46260 | | H | 1/1/2012<br><br>promissory note | | | | $16,491.28 |

<u>  2  </u> continuation sheets attached

Subtotal► $ 137,935.26

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Billy D. Bunch, Jr. and Sandra K. Bunch</u> ,     Case No. <u>14-00686</u>
                    **Debtor**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      2607 <br><br> **Citi** <br> **P O Box 6004** <br> **Sioux Falls, SD 57117-6004** | | W | 1/1/1985 <br><br> **Credit Card Charges** | | | X | $17,450.00 |
| **ACCOUNT NO.**      n/a <br><br> **City Auto Finance** <br> **5120 A. Raleigh - LaGrange Road** <br> **Memphis, TN 38134** | | H | 1/1/2012 <br><br> **Floor Plan** | | | X | $18,000.00 |
| **ACCOUNT NO.**      n/a <br><br> **Dealer Funding** <br> **P O Box 888759** <br> **Atlanta, GA 30301** | | H | n/a <br><br> **Disputed automobile finance; Possible liability as guarantee of customer of Coastal Auto Outlet.** | | | X | $7,150.00 |
| **ACCOUNT NO.**      2847 <br><br> **Regions Bank** <br> **P O Box 216** <br> **Birmingham, AL 35201-0216** | | J | 1/1/2005 <br><br> **Credit Card Charges** | | | X | $15,000.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    57,600.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Turner Marine<br>5010 Dauphin Island Parkway<br>Mobile, AL 36605 | | H | 10/1/2013<br><br>boat slip rental | | | | $2,600.00 |
| ACCOUNT NO.    3074<br>United Auto Credit Corporation<br>c/o Paul K. Lavelle, Esq.<br>Spina & Lavelle, PC<br>One Perimeter Park South, Suite 400N<br>Birmingham, AL 35243 | | H | n/a<br><br>United Auto Credit Corporation v. Billy D. Bunch, d/b/a Coastal Auto Outlet; 02-CV-2013-903074. | | | X | $14,575.65 |

Sheet no. __2__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  17,175.65

Total▶  $  212,710.91
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Billy D. Bunch, Jr. and Sandra K. Bunch,</u>　　　　Case No. <u>14-00686</u>
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Gideon Carney<br>CDM Auto Sales<br>2500 Government Blvd.<br>Mobile, AL 36606 | Description: Month-to-Month Lease on commercial rental located at 2500 Government Blvd., Mobile, AL 36606; Monthly rental income: $1,500.00.<br><br>Nature of Debtor's Interest: Lessor |
| Mr. Assom<br>Exit 1 Auto<br>2954 Government Blvd.<br>Mobile, AL 36606 | Description: Month-to-Month Lease on commercial property located at 2954 Government Blvd., Mobile, AL 36606; Monthly rental income: $3,500.00.<br><br>Nature of Debtor's Interest: Lessor |
| seasonal renters<br>n/a | Description: Month-to-Month Lease on real property located at 220 E. 1st Avenue, Gulf Shores, AL 36542; Debtor has 1/3 interest in property with Mr. Tom Ellison and Mr. Bradley Ellison. Monthly rental income: $1,300.00.<br><br>Nature of Debtor's Interest: Lessor |
| turner Marine<br>5010 Dauphin Island Parkway<br>Mobile, AL 36605 | Description: boat slip rental<br><br>Nature of Debtor's Interest: Lessee |

In re  Billy  D. Bunch, Jr.  and Sandra K. Bunch,                    Case No.   14-00686
_____                          _____
                                    **Debtor**                                       **(if known)**

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Fill in this information to identify your case:**

Debtor 1    **Billy D. Bunch, Jr.**
First Name    Middle Name    Last Name

Debtor 2    **Sandra K. Bunch**
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for: **Southern District of Alabama**

Case number **14-00686**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | **Self Employed** | **Administrator** |
| **Employer's name** | | **Billy D. Bunch, Jr.** | **SCA, Surgical Care Affiliates** |
| **Employer's address** | | **1801 Marina Dead Lake Road**<br>Number   Street | **6144 A Airport Blvd.**<br>Number   Street |
| | | **Creola, AL 36525**<br>City    State    ZIP Code | **Mobile, AL 36608**<br>City    State    ZIP Code |
| **How long employed there?** | | **30 years** | **30 years** |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. List monthly **gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 9,367.00 |
| 3. Estimate and list monthly **overtime pay**. | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 9,367.00 |

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................................→ 4. | $ 0.00 | $ 9,367.00 |

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 1,835.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 515.21 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 177.00 | $ 439.79 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 177.00 | $ 2,790.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ -177.00 | $ 6,577.00 |

**8. List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ -1,082.34 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 1,123.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ | $ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: Bookeeping | 8h. | + $ 0.00 | + $ 900.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 40.66 | $ 900.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ -136.34 + | $ 7,477.00 = $ 7,340.66 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2–10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11. + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 7,340.66

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.
☒ Yes. Explain: _____

Bunch
Net Income from Rental Property:

(Properties listed as "condo rental unit" are seasonal)

200 Beach Blvd. #203 (condo rental unit)
Gulf Shores, AL

| | | |
|---|---|---|
| Monthly Income: | | 325.00 |
| Less Expenses of: | | |
| mortgage note | 200.00 | |
| repairs & maintenance | 30.00 | |
| condominium dues | 185.00 | |
| insurance (incl.dues) | | |
| taxes | 20.00 | |
| Total Expenses: | | -435.00 |
| Net Income: | | -110.00 |

200 Beach Blvd. #208 (condo rental unit)
Gulf Shores, AL

| | | |
|---|---|---|
| Monthly Income: | | 375.00 |
| Less Expenses of: | | |
| mortgage note | 200.00 | |
| repairs & maintenance | 30.00 | |
| condominium dues | 185.00 | |
| insurance (incl.dues) | | |
| taxes | 20.00 | |
| Total Expenses: | | -435.00 |
| Net Income: | | - 60.00 |

200 Beach Blvd. #216 (condo rental unit)
Gulf Shores, AL

| | | |
|---|---|---|
| Monthly Income: | | 400.00 |
| Less Expenses of: | | |
| mortgage note | 200.00 | |
| repairs & maintenance | 30.00 | |
| condominium dues | 185.00 | |
| insurance (incl.dues) | | |
| taxes | 20.00 | |
| Total Expenses: | | -435.00 |
| Net Income: | | - 35.00 |

200 Beach Blvd. #217 (condo rental unit)
Gulf Shores, AL

| | | |
|---|---|---|
| Monthly Income: | | 500.00 |
| Less Expenses of: | | |
| mortgage note | 200.00 | |
| repairs & maintenance | 30.00 | |
| condominium dues | 185.00 | |
| insurance (incl.dues) | | |
| taxes | 20.00 | |
| Total Expenses: | | -435.00 |
| Net Income: | | 65.00 |

200 Beach Blvd. #309 (condo rental unit)
Gulf Shores, AL

| | | |
|---|---|---|
| Monthly Income: | | 275.00 |
| Less Expenses of: | | |
| mortgage note | 200.00 | |
| repairs & maintenance | 30.00 | |
| condominium dues | 185.00 | |
| insurance (incl.dues) | | |
| taxes | 20.00 | |
| Total Expenses: | | -435.00 |
| Net Income: | | -160.00 |

200 Beach Blvd. #310 (condo rental unit)
Gulf Shores, AL

| | | |
|---|---|---|
| Monthly Income: | | 325.00 |
| Less Expenses of: | | |
| mortgage note | 200.00 | |
| repairs & maintenance | 30.00 | |
| condominium dues | 185.00 | |
| insurance (incl.dues) | | |
| taxes | 20.00 | |
| Total Expenses: | | -435.00 |
| Net Income: | | -110.00 |

200 Beach Blvd. #228 (condo rental unit)
Gulf Shores, AL
Monthly Income:                               300.00
Less Expenses of:
mortgage note                    200.00
repairs & maintenance             30.00
condominium dues                 185.00
insurance (incl.dues)
taxes                             20.00
Total Expenses:                              -435.00
Net Income:                                  -135.00

200 Beach Blvd. #400 (restaurant)
Gulf Shores, AL
Monthly Income:                             2,333.33
Less Expenses of:
mortgage note                  1,718.00
repairs & maintenance            100.00
condominium dues                 950.00
insurance (incl.dues)
taxes                            200.00
Total Expenses:                            -2,968.00
Net Income:                                -   634.67

601 Highway 43 (residential rental)
Chickasaw, AL
Monthly Income:                             1,200.00
Less Expenses of:
mortgage note                  1,200.00
insurance                        193.00
taxes                            215.00
Total Expenses:                            -1,608.00
Net Income:                                -   408.00

2954 Government Blvd. (car lot rental)
Mobile, AL
Monthly Income:                             3,500.00
Less Expenses of:
mortgage note                  1,400.00
insurance                        183.00
taxes                            200.00
Total Expenses:                            -1,783.00
Net Income:                                 1,717.00

-3-

2500 Government Blvd. (car lot rental)
Mobile, AL

| | | |
|---|---|---|
| Monthly Income: | | 2,300.00 |
| Less Expenses of: | | |
| mortgage note | 2,700.00 | |
| insurance | 125.00 | |
| taxes | 200.00 | |
| Total Expenses: | | -3,025.00 |
| Net Income: | | -725.00 |

220 1st Avenue, Units A and B (residential rentals)
Gulf Shores, AL

| | | | | | |
|---|---|---|---|---|---|
| Monthly Income: | | 1,300.00 | ÷ | 3 = | 433.33 |
| Less Expenses of: | | | | | |
| mortgage note | 2,500.00 | | | | |
| insurance | 120.00 | | | | |
| repairs and maintenance | 50.00 | | | | |
| taxes | 90.00 | | | | |
| Total Expenses: | | -2,760.00 | ÷ | 3 = | 920.00 |
| Net Income: | | -2,460.00 | ÷ | 3 = | -486.67 |

Debtor owns one-third interest in above property. The 3 owners each contribute the difference between rental income and expenses which has been approximately $500.00 per month in order pay the expenses not covered by the rental income.

| | |
|---|---|
| Income from above rentals: | $12,266.66 |
| Less:   above expenses: | -12,749.00 |
| | |
| Net Rental Income: | - 1,082.34 |

-4-

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Billy  D. Bunch, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sandra K. Bunch** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for : | **Southern District of Alabama** | | |
| Case number (If known) | **14-00686** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

   　☒ No
   　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $2,480.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $150.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $250.00 |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 900.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 500.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 30.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 325.00 |
| 6d. | Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 800.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 325.00 |
| 11. | **Medical and dental expenses** | 11. | $ 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 400.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 251.00 |
| 15b. | Health insurance | 15b. | $ 135.00 |
| 15c. | Vehicle insurance | 15c. | $ 150.00 |
| 15d. | Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 250.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 488.00 |
| 17c. | Other. Specify: **Catalina Sailboat Payment** | 17c. | $ 468.00 |
| 17d. | Other. Specify: _____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $ 6,420.00 |
| 20b. | Real estate taxes | 20b. | $ 215.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 138.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

21. Other. Specify: **boat slip rental**        21.  +$ 338.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.     22.  $ 15,813.00

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ 7,340.66

    23b.  Copy your monthly expenses from line 22 above.    23b.  – $ 15,813.00

    23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.    23c.  $ -8,472.34

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☒ Yes.

Explain here:

**Debtor expects to sell or surrender certain property and reduce monthly mortgage payments as result of the sale.**

In re  **Billy D. Bunch, Jr. and Sandra K. Bunch** _____ ,  Case No. ___14-00686___
               Debtor                                             (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __3/18/14__                    Signature: _____
                                                     Billy D. Bunch, Jr. Debtor

Date __3/18/14__                    Signature: _____
                                               Sandra K. Bunch (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any,         Social Security No.
of Bankruptcy Petition Preparer                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X_____         _____
  Signature of Bankruptcy Petition Preparer               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        

                                        Signature: _____

                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re **Billy  D. Bunch, Jr.  and Sandra K. Bunch**
_____,
                    *Debtor*

Case No. **14-00686** _____

Chapter **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $     15,644.38 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        0.00 |
| Student Loan Obligations (from Schedule F) | $        0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $        0.00 |
| TOTAL | $     15,644.38 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $     7,340.66 |
| Average Expenses (from Schedule J, Line 22) | $    15,813.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $        0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   744,041.61 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    15,644.38 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $        0.00 |
| 4. Total from Schedule F | | $   212,710.91 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   956,752.52 |

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA

In re: Billy D. Bunch, Jr. and Sandra K. Bunch     Case No 14-00686
<br>             Debtor                                                 (if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT |  SOURCE |
|---|---|
| **Debtor:** | |
| N/A | |
| **Joint Debtor:** | |
| Current Year (2014): | |
| $9,367.00 | SCA Surgical Care Affiliates (YTD) |
| Previous Year 1 (2013): | |
| $137,026.00 | SCA Surgical Care Affiliates |
| Previous Year 2 (2012): | |
| $143,645.00 | SCA Surgical Care Affiliates |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT |  SOURCE |
|---|---|
| **Debtor:** | |
| Current Year (2014): | |
| $15,340.00 | Rental Income (YTD-gross) |
| $1,892.00 | Social Security (YTD) |
| Previous Year 1 (2013): | |
| $124,800.00 | Rental Income (gross) |

$9,672.00                          Social Security

Previous Year 2 (2012):
$167,313.00                        Rental Income (gross)
$11,352.00                         Social Security

Joint Debtor:
    N/A

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☒        a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
         goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
         this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
         Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
         as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
         agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
         whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒        b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
         within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
         constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)
         any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
         repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
         filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
         not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:
Joint Debtor:

None
☒        c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
         to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
         include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
         a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: | | | |
| Hancock Bank, a Mississippi State chartered bank, v. Billy D. Bunch, Jr., & Sandra K. Bunch Case Number: 02-CV-2013-903303 | Account Collection/Default | Circuit Court Mobile County, AL | Active |
| United Auto Credit Corporation v. Billy D. Bunch, d/b/a Coastal Auto Credit Case Number: 02-CV-2013-903074 | Account Collection/Default | Circuit Court Mobile County, AL | Active |
| Amber Portfolio, LLC v. Billy D. Bunch, Jr. & Sandra K. Bunch Case Number: 02-CV-2013-902739 | Account Collection/Default | Circuit Court Mobile County, AL | Active |
| Beachview Condominium Owners Association, Inc. v. Billy D. Bunch, a/k/a Billy Bunch, a/k/a Bill Bunch Case Number: 05-CV-2014-900299 | Delinquent Dues | Circuit Court Baldwin County, AL | Active |
| Joint Debtor: | | | |
| Hancock Bank, a Mississippi State chartered bank, v. Billy D. Bunch, Jr., & Sandra K. Bunch Case Number: 02-CV-2013-903303 | Account Collection/Default | Circuit Court Mobile County, AL | Active |
| Amber Portfolio, LLC v. Billy D. Bunch, Jr. & Sandra K. Bunch Case Number: 02-CV-2013-902739 | Account Collection/Default | Circuit Court Mobile County, AL | Active |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Hancock Bank P O Box 681400 Prattville, Alabama 36068-1400 | scheduled for 3/7/2014 | 33168 Augusta Court, Loxley, AL 36551 Value: $250,000.00 |
| Joint Debtor: N/A | | |

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement

☒ of this case **or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>Irvin Grodsky, PC<br>P O Box 3123<br>Mobile, Alabama 36652 | 2/14/2014, 2/28/2014, 3/6/2014 | $9,213.00<br>Attorney fee and filing fee (retainer of $8,000.00 being held in Irvin Grodsky, PC's escrow account) |
| Joint Debtor:<br>same as Debtor... | | |

---

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Debtor:<br>Bryan Bunch<br>5553 6th Street<br>Satsuma, Alabama 6572<br>Relationship to Debtor: none | 12/2013 | John Deere Back Hoe<br>Value: $4,000.00 |
| Jessie Gates<br>n/a<br>Satsuma, Alabama 36572<br>Relationship to Debtor: none | 12/2013 | Massey Ferguson tractor<br>Value: $5,000.00 |
| Carfinders Auto Outlet<br>85 Schillinger Road, N.<br>Mobile, Alabama 36608 | 8/2012 | 2004 Honda Insight; Traded in vehicle towards payment on 2006 Ford F-150, Navigator Federal |

Relationship to Debtor: none

Credit Union.
Value: N/A

Joint Debtor:
N/A

None ☒   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Debtor: Family Security Credit Union 2204 Family Security Place, SW Decatur, Alabama 35603 | Type of Account: Checking Account Account Number: n/a Final Balance: $0.00 | $0.00 2/2014 |
| Joint Debtor: | | |

---

**12. Safe deposit boxes**

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Debtor: Wells Fargo 2745 Government Blvd. Mobile, Alabama 36604 | Debtor (Billy D. Bunch, Jr.) 1801 Marina Dead Lake Road Creola, Alabama 36525 | Legal documents, miscellaneous paperwork | n/a |
| | Joint-Debtor (Sanda K. Bunch) 1801 Marina Dead Lake Road Creola, Alabama 36525 | | |

Joint Debtor:
N/A

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Debtor:<br>Mary Parkton<br>1801 Dead Lake Marina Road<br>Creola, Alabama 36525 | Log Cabin; 600 Sq. Ft.; Mother-in-law Cabin<br>$5,000.00 | 1801 Marina Dead Lake Road,<br>Creola, AL 36525 |
| Joint Debtor:<br>same as Debtor | | |

---

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of

the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: Bill Bunch dba Coastal Auto Outlet | 3960/ n/a | 2504 Government Blvd. Mobile, Alabama 36608 | Automobile Sales | Beginning Date: 1/2011 Ending Date: 3/2013 |
| Highway 43 Package, LLC | 3960/ 46-3985-683 | 10295 US Highway 43 Creola, Alabama 36525 | Package Store | Beginning Date: 7/2013 Ending Date: present |
| Joint Debtor: N/A | | | | |

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Debtor:
C. Wayne Parmer, Jr.                                        income tax preparation for tax years
601 Bel Air Blvd., Ste. 101                                 2009 - present
Mobile, Alabama 36606

Joint Debtor:

N/A

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

Debtor:
N/A

Joint Debtor:
N/A

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

Debtor:
Billy D. Bunch, Jr.
                1801 Marina Dead Lake Road
                Creola, Alabama 36525

Joint Debtor:
N/A

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

Debtor:
Centennial Bank
P O Box 906
Conway, Arkansas 72033              2013

Bay Bank
P O Drawer 349
Theodore, Alabama 36590-0349    2013

Joint Debtor:
N/A

---

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

Debtor:
Joint Debtor:
N/A

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

Debtor:
N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

N/A

---

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

N/A

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

N/A

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

N/A

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___3/18/14___                Signature
                                   of Debtor   _____

Date ___3/18/14___                Signature of
                                   Joint Debtor  _____
                                   (if any)

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF ALABAMA

In re

**Billy D. Bunch, Jr. and Sandra K. Bunch**

Case No. **14-00686**

**Debtor**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $Ct. Awarded Fee

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **8,000.00**
(being held in escrow account)
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $Ct. Awarded Fee

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_____  
*Date*

_____  
**IRVIN GRODSKY**  
*Signature of Attorney*

_____  
**Irvin Grodsky, P.C.**  
*Name of law firm*