IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

BILLY D. BUNCH, JR.,
SANDRA K. BUNCH,                                        CASE NO: 14-00686

Debtors.

### PETITION TO SELL DEBTOR'S INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIENS AND DISTRIBUTE THE PROCEEDS

Debtors, BILLY D. BUNCH, JR. and SANDRA K. BUNCH, petition the Court for authorization (1) to sell certain real property known as 200 East Beach Blvd, Unit 400, Gulf Shores, Baldwin County, Alabama, and all removable furniture, fixtures, and equipment owned by debtor BILLY D. BUNCH to HHV, LLC and/or its Assignees, free and clear of liens, for an amount equal to $225,000.00, consisting of $205,000.00 for the real estate and $20,000.00 for the removable furniture, fixtures and equipment, and (2) to pay the net proceeds of the sale of the real estate and personal property in accordance with Paragraph 7 below and in support states as follows:

1. On March 6, 2014, Debtors filed a Petition for relief under Chapter 11 of the U.S. Bankruptcy Code (hereinafter sometimes referred to as the "Filing Date"). The Debtors are serving as Debtors-in-Possession.

2. Debtors continue to manage their property as Debtors-in-Possession pursuant to Sections 1107 and 1108.

3. An Official Committee of Unsecured Creditors has not been appointed pursuant to section 1102 of the Bankruptcy Code. No Trustee or Examiner has been appointed in this case.

4. Debtors are engaged in various business enterprises, including the purchase, sale, and rental of real property in Mobile and Baldwin Counties, Alabama.

5. At the time of the filing of the Debtors' Chapter 11 proceeding, Debtors, owned the redemption rights in a Condominium Unit used as a restaurant and all moveable furniture, fixtures, and equipment therein located at 200 East Beach Blvd., Unit 400, Gulf Shores, Baldwin County, Alabama, a/k/a Beachview Condominium, subject to a mortgage in favor of Regions

Bank, and further subject to a disputed Condominium Association lien in favor of the Beachview Condominium Owners' Association. Upon information and belief, Regions Bank is owed $177,090.00 on the debt secured by a mortgage on the property, the Purchaser at the tax sale of said property, US Bank/CUST, is owed approximately $9,200.00 in order for Debtor to redeem the property, and the Beachview Condominium Owners' Association is claiming more than $107,000.00 in past due condominium dues.

6. Debtors have received an offer to purchase said real and personal property from Shaul Zislin in behalf of HHV, LLC, and /or its Assignee, for $225,000.00 cash, said sale to be free and clear of liens. Debtors have agreed to accept said offer, subject to this Court's approval. A copy of the Purchase Agreement will be presented to this Court at the time of the hearing. Debtors are of the opinion that the proposed purchase price is fair and reasonable for that the property has been on the market for several months, the market for real property located at Gulf Shores, Baldwin County, Alabama has substantially declined since Debtors purchased said property, and the purchaser will pay the sales commission incurred to the real estate broker handling the transaction.

7. From the gross sales proceeds, Debtors propose to pay (1) all closing costs and fees required to be paid by Seller under the terms of the Purchase Agreement, (2) the amount necessary to redeem said property from the tax sale to US Bank/CUST, (3) the amount of $1,625.00 to Irvin Grodsky P.C.'s IOLTA account to be used to pay the Chapter 11 Quarterly Fees for the calendar quarter during which the sale is closed, (4) the amount of Regions Bank's payoff on the note secured by its mortgage on said property, (5) the balance of the proceeds attributable to the sale of the real property into Irvin Grodsky P.C's IOLTA account for distribution to either the Beachview Condominium Owners' Association or to the Debtors, depending on to whom this Court subsequently determines should receive said funds, and (6) the proceeds of the sale attributable to the personal property to the Debtors in Possession Account to be used by Debtors to pay expenses and costs incurred in this Chapter 11 proceeding.

8. Debtors are of the opinion that the sale of said property under these circumstances and the use of the proceeds as described is in the best interest of all creditors for that will allow Debtors to reduce their expenses paid out of their income and to reduce their indebtedness to Regions Bank.

WHEREFORE, Debtors pray for an Order authorizing them to sell the above described real and personal property located in Baldwin County, Alabama to HHV, LLC and/or its Assignee, free and clear of liens, in accordance with the terms of the Purchase Agreement attached hereto, and for authorization to use the proceeds of the sale in accordance with paragraph 7 of this Motion, and Debtors pray for such other and different relief as may seem meet and proper, circumstances considered.

/s/ BILLY D. BUNCH, JR.
BILLY D. BUNCH, JR.

/s/ SANDRA K. BUNCH
SANDRA K. BUNCH

/s/ Irvin Grodsky
IRVIN GRODSKY
Attorney for Debtors
Post Office Box 3123
Mobile, AL    36652
251-433-3657

## CERTIFICATE OF SERVICE

On this the 23rd day of April, 2014, I hereby certify that the above and foregoing document has been served via court electronic mailing list or via United States Mail, properly addressed and first-class postage prepaid, whichever is appropriate, on the attached list of interested parties and the following.

Regions Bank
c/o Edward A.R. Miller
emiller@joneswalker.com

Beachview Condominium Owners Association
c/o Chris Kern
chriskernlaw@comcast.net

Travis Bedsole, Jr. Esq.
baoffice@alsba.uscourts.gov

US Bank/CUST
Tower DBW 111
50 S. 16th Street, Ste 1950
Philadelphia, PA    19102

/s/ Irvin Grodsky
IRVIN GRODSKY